IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4-25CR-264-Y |
| MARISSA NICOLE WITKOP (01) | |

**INDICTMENT**

The Grand Jury Charges:

Counts One through Four
Sexual Exploitation of Children
(Violation of 18 U.S.C. §§ 2251(a) and (e))

Between on or about December 1, 2024 until on or before December 7, 2024, in the Fort Worth Division of the Northern District of Texas, **Marissa Nicole Witkop**, the defendant, did use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (1) using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and (2) that visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce.

Specifically, the defendant produced the following visual depictions of Minor Victim 1 engaged in the lewd and lascivious exhibition of the genitals and sexually explicit conduct as defined by 18 U.S.C. § 2256(8)(A):

| Count | Date | File Description |
|---|---|---|
| 1 | Dec. 1, 2024 | A 17-second video depicting the lewd and lascivious exhibition of an adult female's genitals. MV1's face is partially visible in the video before his hand pulls out a pink object from the female's vagina. |
| 2 | Dec. 3, 2024 | A 31-second video depicting the lascivious exhibition of the anus of MV1 followed by a female inserting a foreign object into MV1's anus. |
| 3 | Dec. 7, 2024 | A 26-second video depicting sexual intercourse between MV1 and an adult female. |
| 4 | Dec. 7, 2024 | A 26-second video depicting MV1 lying on his back, nude, with his penis exposed. An adult female hand is seen grabbing MV1's penis and moving up and down to make his penis erect. |

In violation of 18 U.S.C. §§ 2251(a) and (e).

A TRUE BILL

_____
FOREPERSON


NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
E-mail: Aisha.Saleem@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

MARISSA NICOLE WITKOP (01)

INDICTMENT

18 U.S.C. §§ 2251(a) and (e)
Sexual Exploitation of Children
Counts 1-4

A true bill rendered:

FORT WORTH                               _____ FOREPERSON

Filed in open court this 15th day of October 2025

**Warrant to Issue – In State Custody**

_____
UNITED STATES DISTRICT JUDGE
Pending Criminal Matter: 4:25-MJ-079-BP