IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:25-CR-264-Y |
| MARISSA NICOLE WITKOP (01) | |

## FACTUAL RESUME

### INDICTMENT:

Four counts of sexual exploitation of children, a violation of 18 U.S.C. § 2251(a).

### PLEA:

Guilty plea to all counts in the indictment.

### PENALTY:

The penalties the Court can impose are as follows:

- a term of imprisonment for a period not less than 15 years, and not to exceed 30 years for each count, for a maximum term of 120 years;
- a fine not to exceed $250,000 for each count, for a total of $1,000,000; or twice the pecuniary gain or twice the pecuniary loss for each count;
- a term of supervised release for each count of at least five years up to any term of years to life, which is mandatory under the law and will follow any term of imprisonment. If the defendant violates any condition of the terms of supervised release, the Court may revoke such release terms and require that the defendant serve an additional period of confinement. Additionally, in a revocation of multiple counts, the Court may run sentences consecutively;
- restitution to the victims or to the community, which is mandatory under the law, and which the defendant agrees may include restitution for victims arising from all relevant conduct, not limited to that arising from the offense of conviction alone;
- a mandatory special assessment of $100, for a total of $400;
- an assessment, pursuant to 18 U.S.C. § 2259A, for no more than $50,000 per count, for a total not to exceed $200,000; and
- costs of incarceration and supervision.

## ELEMENTS OF THE OFFENSE

In order to establish the offenses alleged in Counts One through Four of the indictment, the Government must prove the following elements for each count beyond a reasonable doubt:

First: That on or about the date set out in the indictment, the defendant did use a minor to engage in sexually explicit conduct;

Second: The defendant acted with the purpose of producing any visual depiction of such conduct; and

Third: The visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce,

or

That the visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

## STIPULATION OF FACTS

1. Between on or about December 1, 2024 until on or before December 7, 2024, in the Fort Worth Division of the Northern District of Texas, Marissa Nicole Witkop, the defendant, did use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct (1) using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and (2) that visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce.

2.  Specifically, the defendant produced the following visual depictions of Minor Victim 1 engaged in the lewd and lascivious exhibition of the genitals and sexually explicit conduct as defined by 18 U.S.C. § 2256(8)(A):

| Count | Date | File Description |
|---|---|---|
| 1 | Dec. 1, 2024 | A 17-second video depicting the lewd and lascivious exhibition of an adult female's genitals. MV1's face is partially visible in the video before his hand pulls out a pink object from the female's vagina. |
| 2 | Dec. 3, 2024 | A 31-second video depicting the lascivious exhibition of the anus of MV1 followed by a female inserting a foreign object into MV1's anus. |
| 3 | Dec. 7, 2024 | A 26-second video depicting sexual intercourse between MV1 and an adult female. |
| 4 | Dec. 7, 2024 | A 26-second video depicting MV1 lying on his back, nude, with his penis exposed. An adult female hand is seen grabbing MV1's penis and moving up and down to make his penis erect. |

3.  Between December 1, 2024, and December 7, 2024, Witkop used, persuaded, induced, enticed and coerced MV1, a nine-year old minor male, to create the sexually explicit visual depictions referenced in the table listed in paragraph one. Witkop used her Apple iPhone to produce the videos in her home, which is located in the Fort Worth Division of the Northern District of Texas. She distributed the videos referenced in Counts two through four to others via the Internet using a social media application.

4.  A forensic review of Witkop's iPhone revealed the presence of the video files listed in paragraph one; metadata associated with each file revealed the dates the files were created on the phone, in the social media application, or distributed to others.

5.  Witkop's Apple iPhone was manufactured outside the state of Texas. As a result, Witkop agrees that she produced the videos using materials that had been mailed, shipped and transported in interstate and foreign commerce. She also agrees that the videos referenced in counts two through four were actually transported and transmitted in interstate and foreign commerce.

SIGNED and AGREED to on this the 4 day of febuary, 2026.

_____  
MARISSA NICOLE WITKOP  
Defendant

_____  
JOHN NICHOLSON  
Attorney for Defendant